# IN THE UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| **DR. JOHN J. MURRAY,** ) | |
| ) | **Civil Action No. 3:19-CV-00925** |
| Plaintiff, ) | |
| ) | **JURY DEMAND** |
| vs. ) | |
| ) | **Judge Campbell** |
| **MEHARRY MEDICAL COLLEGE** ) | **Magistrate Judge Holmes** |
| ) | |
| Defendant. ) | |

## JOINT CASE STATUS REPORT

Pursuant to this Court's Order dated April 8, 2022 [Docket Entry No. 72], Plaintiff Dr. John J. Murray ("Plaintiff") and Defendant Meharry Medical College ("Defendant") (collectively, "the Parties") file this Joint Case Status Report to update the Court as to when the Parties believe this matter will be ready for trial. While the health of Plaintiff's counsel has significantly improved, he remains unable to conduct pre-trial preparation or participate in a multi-day trial. As previously noted, Plaintiff's counsel is a sole practitioner and the only attorney of record for Plaintiff. There is currently no other attorney who could readily substitute for counsel for Plaintiff. For these reasons, the Parties request that this matter remain administratively closed and propose filing a Second Joint Case Status Report with the Court on or before August 31, 2022, to inform the Court when the parties believe this matter will be ready for trial.

WHEREFORE, the Parties respectfully request that this matter remain administratively closed and that the Court enter an order directing the parties to file a Second Joint Case Status Report on or before August 31, 2022, informing the Court when the Parties believe this matter will be ready for trial.

Respectfully submitted,

*/s/ Jennifer Gingery Cook*
Mark A. Baugh, BPR No. 015779
Jennifer Gingery Cook, BPR No. 020027
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile (615) 744-5760

*Attorneys for Defendant*
*Meharry Medical College*


*/s/ Bob Lynch, Jr. (with permission)*
Bob Lynch, Jr.
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
Telephone (615) 255-2888

*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June 2022, a copy of the foregoing *Joint Case Status Report* was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for parties may access these filings through the Court's electronic filing system:

Bob Lynch, Jr.
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
office@boblynchlaw.com

*Attorney for Plaintiff*

*/s/ Jennifer Gingery Cook*
Jennifer Gingery Cook