IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOHN J. MURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:19-cv-00925 |
| ) | |
| MEHARRY MEDICAL COLLEGE, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendant. ) | |

## ORDER

The Court is in receipt of the parties' Joint Case Status Report, filed on June 16, 2022. (Doc. No. 73). Through the Report, the parties request that this matter remain administratively closed and propose filing a Second Joint Case Status Report on or before August 31, 2022, regarding when they believe this matter will be ready for trial. The parties' request is **GRANTED**. On or before August 31, 2022, the parties shall jointly file an update with the Court stating when the parties believe this matter will be ready for trial.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE